IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRCT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBINETTE KELLEY,<br><br>　　Plaintiff,<br><br>vs.<br><br>IOWA STATE UNIVERSITY OF SCIENCE AND TECHNOLOGY,<br><br>　　Defendant. | No. 4:17-CV-397-JEG-HCA<br><br><br><br>JOINT MOTION TO DISMISS WITH PREJUDICE |

　　The parties hereby stipulate to dismiss the above-named case with prejudice.  The parties have agreed that each party is responsible for bearing its own costs and attorney fees.

　　　　　　　　　　　　　　　　　　NEWKIRK ZWAGERMAN, P.L.C.


　　　　　　　　　　　　　　　　　　 _/s/Beatriz Mate-Kodjo_____
　　　　　　　　　　　　　　　　　　Thomas Newkirk AT005791
　　　　　　　　　　　　　　　　　　tnewkirk@newkirklaw.com
　　　　　　　　　　　　　　　　　　Beatriz Mate-Kodjo, AT0012331
　　　　　　　　　　　　　　　　　　Bmate-kodjo@newkirklaw.com
　　　　　　　　　　　　　　　　　　Thomas Bullock AT0012241
　　　　　　　　　　　　　　　　　　tbullock@newkirklaw.com
　　　　　　　　　　　　　　　　　　521 East Locust, Suite 300
　　　　　　　　　　　　　　　　　　Des Moines, IA 50309
　　　　　　　　　　　　　　　　　　Telephone:  (515) 883-2000
　　　　　　　　　　　　　　　　　　Fax:  (515) 883-2004


　　　　　　　　　　　　　　　　　　___/s/Derek Teeter_____
　　　　　　　　　　　　　　　　　　DEREK T. TEETER
　　　　　　　　　　　　　　　　　　HAYLEY E. HANSON
　　　　　　　　　　　　　　　　　　MICHAEL T. RAUPP
　　　　　　　　　　　　　　　　　　Husch Blackwell LLP
　　　　　　　　　　　　　　　　　　4801 Main Street, Suite 1000
　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64112
　　　　　　　　　　　　　　　　　　PHONE: (816) 983-8000

FAX: (816) 983-8080
derek.teeter@huschblackwell.com
hayley.hanson@huschblackwell.com
michael.raupp@huschblackwell.com
ATTORNEYS PRO HAC VICE FOR DEFENDANT

Original Filed.